UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PLASTIC OMNIUM AUTO
EXTERIORS, L.L.C., a Delaware
limited liability company,
    Plaintiff,
v.

VOLUME TRANSPORTATION, INC.,
a Georgia corporation,
    Defendant.

Case No. 11-cv-12514
Hon. Patrick J. Duggan

---

| HOWARD & HOWARD ATTORNEYS PLLC | MCMICKLE, KUREY, & BRANCH, L.L.P. |
|---|---|
| By: Stephen P. Dunn (P68711) | By: Scott W. McMickle |
| 450 W. Fourth Street | Georgia Bar No. 497779 |
| Royal Oak, MI 48067 | 178 South Main Street, Suite 225 |
| (248) 645-1483 | Alpharetta, GA 30009 |
| SDunn@howardandhoward.com | (678) 824-7800 |
| *Attorneys for Plastic Omnium* | swm@mkblawfirm.com |
| | *Attorneys for Volume* |

---

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon stipulation of Plaintiff and Defendant, the above-captioned case and all claims raised therein are hereby dismissed without prejudice, and without costs to either party.

IT IS SO ORDERED.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: July 20, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, July 20, 2011, by electronic and or ordinary mail.
    s/Marilyn Orem
    Case Manager

STIPULATED AS TO FORM AND CONTENT:

| /s/ Stephen P. Dunn | /s/ Scott W. McMickle w/ perm. |
|---|---|
| Stephen P. Dunn (P68711) | Scott W. McMickle GA Bar No. 497779 |
| Attorney for POAE | Attorney for Volume |